# IN THE SUPREME COURT OF THE STATE OF NEVADA

LILY TOUCHSTONE, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,

vs.

FAY SERVICING, LLC, A FOREIGN CORPORATION, C/O BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP; AND CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF THE ARLP TRUST 2 (ERRONEOUSLY SUED AS CHRISTIANA TRUST EE),
Respondents.

No. 78065

**FILED**

AUG 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Kerry Louise Earley, District Judge
Janet Trost, Settlement Judge
Law Offices of Mont E. Tanner
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-33972